# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

No. 1:09-CV-216

BOBBY ANDERSON
and JERRY ANDERSON

    Plaintiffs

v.

STATE FARM LLOYDS and
CHRISTOPHER LAVERNE
MILLER

    Defendants

### Report and Recommendation
### of United States Magistrate Judge

This case is referred to the undersigned United States magistrate judge for pretrial proceedings pursuant to Referral Order entered on February 27, 2009.

The parties have announced settlement.

### **RECOMMENDATIONS**

(1)     The court should enter judgment pursuant to settlement upon receipt of closing papers from the parties.

(2)     The purposes of the reference to the magistrate judge having been served, the order of reference to the magistrate judge should be vacated.

## **OBJECTIONS**

Title 28 U.S.C. § 636 normally gives parties ten (10) days to object to recommendations submitted by magistrate judges. However, as the parties have settled, and this report recommends entry of judgment pursuant to settlement, the court may act on the report and recommendation immediately.

SIGNED this __18__ day of August, 2009.

*Earl S. Hines*
Earl S. Hines
United States Magistrate Judge